**Dom WADHWA, Petitioner**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3169.

United States Court of Appeals, Federal Circuit.

June 4, 2009.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Dom WADHWA, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3167.

United States Court of Appeals, Federal Circuit.

June 9, 2009.

Dom Wadhwa, Moorestown, NJ, pro se.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's May 20, 2009 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before June 30, 2009.

**Dom WADHWA, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3169.

United States Court of Appeals, Federal Circuit.

June 9, 2009.

Lauren A. Weeman, Department of Justice, Washington, DC, for Respondent.

Dom Wadhwa, Moorestown, NJ, pro se.